UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>           Plaintiff,<br><br>     v.<br><br>J. OROZCO, et al.,<br><br>           Defendants. | **1:19-cv-00048-AWI-GSA (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br><br>**(ECF No. 42.)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE**<br><br>**(ECF No. 36.)** |

Rogelio May Ruiz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 22, 2022, findings and recommendations were entered, recommending that Plaintiff's motion to reopen this case be denied. (ECF No. 36.) On October 17, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 42.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,

1

including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 22, 2022, are ADOPTED IN FULL; and

2. Plaintiff's motion to reopen this case, filed on September 19, 2022, is DENIED.

IT IS SO ORDERED.

Dated:   December 7, 2022                              _____
                                                                             SENIOR DISTRICT JUDGE